# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-0177
LT Case No. 2021-DP-00194
_____

W.A., FATHER OF J.G., A CHILD,

    Appellant,

    v.

DEPARTMENT OF CHILDREN AND
FAMILIES,

    Appellee.

_____

On appeal from the Circuit Court for Seminole County.
Melissa D. Souto, Judge.

Ilene F. Tuckfield, of Ilene F. Tuckfield, P.A., Coral Gables, for
Appellant.

Kelley Schaeffer, of Children's Legal Services, Bradenton, for
Appellee.

Sara Elizabeth Goldfarb, Statewide Director of Appeals, and
Amanda Victoria Glass, Senior Attorney, Appellate Division,
Tallahassee, for the Statewide Guardian ad Litem Office.

May 28, 2024

PER CURIAM.

    AFFIRMED.

JAY, HARRIS, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____